|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 6/12/2024 |

------------------------------------------------------------- X
UNITED STATES OF AMERICA,                            :
                                                     :
            -against-                                :
                                                     :
DAMEL THOMAS,                                        :           1:24-cr-20-GHW
                                                     :
                        Defendant(s).                :           ORDER
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

     A proceeding in this matter will take place on June 17, 2024 at 12:00 p.m.  The proceeding will take place in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, New York, New York 10007.  The parties are directed to appear for the proceeding as scheduled unless otherwise ordered by the Court.

     SO ORDERED.

Dated: June 12, 2024
New York, New York

                                                                   GREGORY H. WOODS
                                                  United States District Judge