```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
UNITED STATES OF AMERICA,                  :
                                           :
            -against-                      :
                                           :
DAMEL THOMAS,                              :         1:24-cr-20-GHW
                                           :
                        Defendant(s).      :         ORDER
------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/9/2024

GREGORY H. WOODS, United States District Judge:

On August 20, 2024, the Court granted the parties' requested extension of time for the filing of sentencing submissions. Dkt. No. 23. In accordance with that order, the defendant's sentencing submissions were due—as requested by the parties—no later than August 29, 2024. The Government's sentencing submissions were due not later than September 5, 2024—two days after the date requested by the parties.

The parties have not complied with the Court's order. The defendant's sentencing submissions were filed on September 4, 2024, nearly a week after the deadline. The Government's sentencing submissions have not been filed at all. The Government is directed to inform the Court when it will submit its overdue sentencing submission forthwith, and in any event no later than September 10, 2024.

As noted in the Court's August 20, 2024 order, the Court requires sufficient time to prepare for the sentencing hearing. The Court may be required to adjourn the sentencing date as a result of the parties' failure to comply with the Court's scheduling order.

SO ORDERED.

Dated: September 9, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge