```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
    UNITED STATES OF AMERICA,              :
                                           :
                     -against-             :
                                           :
    DAMEL THOMAS,                          :         1:24-cr-20-GHW
                                           :
                     Defendant.            :         ORDER
-----------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/17/2024

GREGORY H. WOODS, United States District Judge:

The sentencing hearing currently scheduled for September 18, 2024 at 1:00 p.m. is rescheduled. The hearing will take place on September 18, 2024 at 2:00 p.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, New York, New York 10007. The parties are directed to appear for the hearing as scheduled unless otherwise ordered by the Court.

SO ORDERED.

Dated: September 17, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge